**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  )  | No. CR-14-00102-PHX-DGC |
| Plaintiff,  )  | |
| )  | **ORDER OF DETENTION** |
| vs.  )  | |
| Jose Pedro Moraga-Gutierrez,  )  | |
| Defendant.  )  | |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on July 15, 2014.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is a serious flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 15th day of July, 2014.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge